# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINIOS

In re:  EDWARD MICHAEL KNEIP      §      Case No. 15-82866
       MICHELLE LYNN KNEIP        §
                                       §
             Debtor(s)            §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The Trustee declares as follows:

1) The case was filed on 11/13/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was dismissed on 04/15/2016.

6) Number of months from filing or conversion to last payment: 4.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,459.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor(s) | $ 1,027.00 | |
| Less amount refunded to debtor(s) | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,027.00 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 0.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 79.59 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 79.59 |
| Attorney fees paid and disclosed by debtor(s): | $ 1,000.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ATTORNEY SCOTT A BENTLEY | Lgl | 4,000.00 | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE a | Sec | 5,000.00 | 8,275.00 | 6,275.00 | 684.50 | 262.91 |
| CAPITAL ONE AUTO FINANCE a | Uns | 6,259.77 | 2,120.92 | 4,120.92 | 0.00 | 0.00 |
| AAA CHECK RECOVERY | Uns | 253.00 | NA | NA | 0.00 | 0.00 |
| AAMS | Uns | 37.72 | NA | NA | 0.00 | 0.00 |
| ADVOCATE MEDICAL GROUP | Uns | 176.99 | NA | NA | 0.00 | 0.00 |
| AMERICAN CTR FOR SPINE & | Uns | 225.08 | NA | NA | 0.00 | 0.00 |
| ASCENSION CAPITAL GROUP, INC. | Uns | 11,259.77 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HEALTH SYSTEM | Uns | 100.40 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL - MCHENRY | Uns | 149.34 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE LLC | Uns | 223.77 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE LLC | Uns | 163.47 | NA | NA | 0.00 | 0.00 |
| CENTEGRA PHYSICIAN CARE LLC | Uns | 100.40 | NA | NA | 0.00 | 0.00 |
| CENTRAL CREDIT SERVICES | Uns | 469.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Uns | 85.80 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONAL | Uns | 121.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Uns | 435.44 | NA | NA | 0.00 | 0.00 |
| CONLON & THOMPSON | Uns | 5,476.52 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| EXPRESS CASH MART OF ILLINOIS | Uns | 1,744.32 | NA | NA | 0.00 | 0.00 |
| EXPRESS CASH MART OF ILLINOIS | Uns | 1,744.32 | 561.00 | 561.00 | 0.00 | 0.00 |
| FAST CASH | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| GREEN STREAM LENDING | Uns | 454.06 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 1,110.74 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 1,389.59 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 146.14 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Uns | 921.12 | NA | NA | 0.00 | 0.00 |
| HORIZONS BEHAVIORAL HEALTH | Uns | 343.60 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM IN | Uns | 306.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS PAIN INSTITUTE | Uns | 656.64 | NA | NA | 0.00 | 0.00 |
| JAMIE & KATHY WILLIAMS | Uns | 7,640.00 | NA | NA | 0.00 | 0.00 |
| LABCORP | Uns | 16.00 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Uns | 269.69 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Uns | 176.99 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 49.95 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 142.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL RECOVERY SPECIALISTS | Uns | 438.63 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 734.96 | 734.96 | 734.96 | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH | Uns | 2,521.62 | NA | NA | 0.00 | 0.00 |
| NORTHSHORE UNIV HEALTH | Uns | 1,066.07 | NA | NA | 0.00 | 0.00 |
| PENN CREDIT | Uns | 230.52 | NA | NA | 0.00 | 0.00 |
| PINNACLE CREDIT SERVICES | Uns | 285.54 | NA | NA | 0.00 | 0.00 |
| PINNACLE MANAGEMENT | Uns | 469.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 772.00 | 772.41 | 772.41 | 0.00 | 0.00 |
| PREFERRED MEDICAL | Uns | 906.41 | NA | NA | 0.00 | 0.00 |
| PROACTIVE BEHAVIORAL | Uns | 665.64 | 996.64 | 996.64 | 0.00 | 0.00 |
| PROGRESSIVE RADIOLOGY OF | Uns | 598.26 | NA | NA | 0.00 | 0.00 |
| T-MOBILE | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| VANRU CREDIT CORPORATION | Uns | 2,242.57 | NA | NA | 0.00 | 0.00 |
| VANRU CREDIT CORPORATION | Uns | 1,314.39 | NA | NA | 0.00 | 0.00 |
| VANRU CREDIT CORPORATION | Uns | 248.78 | NA | NA | 0.00 | 0.00 |
| CREDIT ACCEPTANCE | Uns | 0.00 | 6,742.19 | 0.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Uns | 0.00 | 390.00 | 0.00 | 0.00 | 0.00 |
| PORANIA LLC | Uns | 0.00 | 510.00 | 510.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
| CREDIT ACCEPTANCE | Uns | 0.00 | 5,157.34 | 5,157.34 | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 6,275.00 | $ 684.50 | $ 262.91 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 6,275.00 | $ 684.50 | $ 262.91 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 12,853.27 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 79.59 |
| Disbursements to Creditors | $ 947.41 |
| **TOTAL DISBURSEMENTS:** | $ 1,027.00 |

      12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  06/20/2016           By:  /s/ Lydia S. Meyer
                                    Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)